IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| GABRIEL SALAZAR, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 6:22-cv-68-JDK |
| | § | |
| NATIONAL RECOVERY AGENCY, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Before the Court is Plaintiff Gabriel Salazer's notice of voluntary dismissal (Docket No. 7). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), all of Plaintiff's claims in this case are **DISMISSED** with prejudice.

All pending motions are **DENIED** as moot.

The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **25th** day of **May, 2022.**

JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE